In the Matter of the Accounting of AMADEUS J. WARD, as Executor of CHARLES O. PATTBERG, Deceased, Respondent. WILLIAM PATTBERG et al., Appellants; UNEMPLOYMENT FUND OF LOCAL No. 119, PAPER CUTTERS UNION, et al., Respondents.

Argued January 7, 1954; decided March 11, 1954.

*Louis W. Arnold, Jr., Harold A. Axel* and *Bernard A. Saslow* for appellants.

*Amadeus J. Ward,* in person, and *Irving Waxman* for Amadeus J. Ward, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs, payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.